GOODMAN v. COHEN.

*(Common Pleas of New York City and County, General Term.   July 26, 1890.)*

APPEAL—REHEARING—WHEN DENIED.
> A reargument of an appeal will be denied where a careful examination of the record and an inspection of the original opinion fail to show any misconception concerning the questions presented.

Motion for reargument.  See 8 N. Y. Supp. 859.
*Benno Loewy,* for appellant.  *H. Joseph,* for respondent.

BISCHOFF, J.   A careful examination of the case on appeal, and an inspection of the opinion delivered on the affirmation of the judgment herein, fail to show any misconception concerning the questions presented.   Therefore, there does not appear to be any sufficient ground for a reargument.   The legal questions presented, however, seem to be of sufficient importance, within the meaning of rule 16 of the general term of this court, to entitle the appellant to go to the court of appeals; and a certificate to that effect should be granted him.